Argued and submitted October 28, 2015, affirmed February 23, petition for review denied June 1, 2017 (361 Or 524)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON LYNN CROUCH,
*Defendant-Appellant.*

Wasco County Circuit Court
1100093CR; A157077

389 P3d 404

Kyle Krohn, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Susan Reid Yorke, Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Duncan, Presiding Judge, and DeVore, Judge, and Flynn, Judge.

PER CURIAM

Affirmed. *State v. Silsby,* 282 Or App 104, 386 P3d 172 (2016), *rev den,* 360 Or 752 (2017).